1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11

SHEEMA KOLOFF,

12

Plaintiff,

13

v.

14

METROPOLITAN LIFE INSURANCE
COMPANY dba MetLife, INC., et al.,

15

Defendants.

16

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:13-cv-02060 AWI JLT

ORDER GRANTING IN PART DEFENDANT'S
REQUEST TO SEAL DOCUMENTS

(Doc. 25)

17
18

    Before Court is the request of Defendants to seal 197 pages of the Administrative Record

19

developed in this case.  For the reasons set forth below, the request is **GRANTED IN PART.**

20

**I.      Legal Authority**

21

    The request to seal documents is controlled by Federal Rule of Civil Procedure 26(c).  The

22

Rule permits the Court to issue orders to "protect a party or person from annoyance, embarrassment,

23

oppression, or undue burden or expense, including . . . requiring that a trade secret or other

24

confidential research, development, or commercial information not be revealed or be revealed only in

25

a specified way."  Only if good cause exists may the Court seal the information from public view after

26

balancing "the needs for discovery against the need for confidentiality.'" Pintos v. Pac. Creditors

27

Ass'n, 605 F.3d 665, 678 (9th Cir. Cal. 2010) (quoting Phillips ex rel. Estates of Byrd v. Gen. Motors

28

Corp., 307 F.3d 1206, 1213 (9th Cir. 2002)).

1

1    Generally, documents filed in civil cases are presumed to be available to the public. EEOC v.

2    Erection Co., 900 F.2d 168, 170 (9th Cir. 1990); see also Kamakana v. City and County of Honolulu,

3    447 F.3d 1172, 1178 (9th Cir.2006); Foltz v. State Farm Mut. Auto Ins. Co., 331 F.3d 1122, 1134 (9th

4    Cir.2003). Documents may be sealed only when the compelling reasons for doing so outweigh the

5    public's right of access. EEOC at 170. In evaluating the request, the Court considers the "public

6    interest in understanding the judicial process" against the private interests of the litigants. Valley

7    Broadcasting Co. v. United States District Court, 798 F.2d 1289, 1294 (9th Cir. 1986).

8    Here, Met Life asserts it seeks to seal information related to Plaintiff's medical condition as

9    well as her social security number and other personal information. This information is properly

10   sealed. Id.; In re Spalding Sports Worldwide, Inc., 203 F.3d 805, 806 (Fed. Cir. 2000); China Intl

11   Travel Servs. (USA) v. China & Asia Travel Serv., 2008 U.S. Dist. LEXIS 106622 at *29 (N.D. Cal.

12   Dec. 18, 2008); Mine O'Mine, Inc. v. Calmese, 2012 U.S. Dist. LEXIS 53077 at *10 (D. Nev. Apr. 16,

13   2012).

14   However, as to many of the documents lodged, Defendant fails to explain why they should be

15   sealed. Moreover, the redacted versions of these documents fail to show that any redaction occurred.

16   Thus, the Court cannot speculate as to why Defendant sought to have these documents sealed. Thus,

17   Defendant's motion is **GRANTED IN PART** and **DENIED IN PART**.[1]

18   **ORDER**

19   Based upon the foregoing, the Court **ORDERS**:

20   1.    The motion is **GRANTED** as to the following pages and the Clerk of the Court is

21   **DIRECTED** to file the unredacted versions of these documents **under seal**:

22   a.    Documents numbered 004-024, 026, 028-036, 038, 040-043, 045-068, 070, 073,

23   077-083, 085-087, 089, 092-109, 111-156, 158, 160-165, 167-182, 184-190, 192-193;

24   2.    The motion is **DENIED** as to the following pages:

25   a.    Documents numbered 001-003, 025, 027, 037, 039, 044, 069, 071-072, 074-

26

---

27   [1] Notably, Plaintiff has failed to lodge an objection to the request to seal or to support the request. Thus, in light of the
comprehensive discussion of her medical condition in Plaintiff's motion for attorney's fees (Doc.17) and the more

28   abbreviated discussion of her medical condition in her reply (Doc. 26), the Court concludes she is indifferent to the sealing
of these records.

1   076, 084, 088, 090-091, 110, 157, 159, 166, 183, 191, 194-197;

2          3.     The motion is **DENIED** as to the declaration of James Hazlehurst and Defendant is

3   **ORDERED** to file it on the public docket within one court day;

4          4.     As to the Documents set forth in paragraph 1.a. above, Defendant is **ORDERED** to file

5   the **<u>redacted</u>** versions of these documents on the public docket within one court day;

6          5.     As to the Documents set forth in paragraph 1.b. above, Defendant is **ORDERED** to file

7   the **<u>unredacted</u>** versions of these documents on the public docket within one court day.

8

9   IT IS SO ORDERED.

10      Dated:   __**July 9, 2014**__                _____**/s/ Jennifer L. Thurston**

11                                          UNITED STATES MAGISTRATE JUDGE

3